210 So.2d 55

Mrs. Ivon SYKES, wife of/and
John J. WERLING

v.

GARRARD–MILNER CHEVROLET, INC.,
et al.

No. 49242.

May 17, 1968.

In re: Mrs. Ivon Sykes, wife of/and John J. Werling applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 208 So.2d 428.

Writ refused. There is no error of law in the judgment complained of.

■

210 So.2d 55

Eugene DAVIS, Provisional Administrator, Succession of Harold V. Massulla, also known as Harold V. Massullo

v.

STATE FARM MUTUAL INSURANCE CO.
and Stephen F. Wildey, III.

No. 49250.

May 17, 1968.

In re: Eugene Davis, Provisional Administrator, Succession of Harold V. Mas-sulla, also known as Harold V. Massullo applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 208 So.2d 412.

Writ refused. No error of law in the judgment complained of.